

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-84,513-01

**EX PARTE JOHN ANTHONY VALENTI, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2009CR0231-W2 IN THE 437TH DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam*. YEARY, J., not participating.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). In counts two and three, Applicant was convicted of online solicitation of a minor, Tex. Penal Code § 33.021(b), and sentenced to 180 days' imprisonment. He did not appeal his convictions.

In a single ground, Applicant contends that his convictions in counts two and three are no longer valid in light of *Ex parte Lo*, 424 S.W.3d 10 (Tex. Crim. App. 2013). We decline to review the merits of this ground. Under Article 11.07, confinement "means confinement for any offense or any collateral consequence resulting from the conviction that is the basis of the instant habeas

corpus." TEX. CODE CRIM. PROC. art. 11.07, § 3(c); *see also Ex parte Harrington*, 310 S.W.3d 452, 457 (Tex. Crim. App. 2010). Applicant's sentences have discharged, and he has not alleged collateral consequences. This application is dismissed without prejudice.

Filed: February 10, 2016
Do not publish